# EXHIBIT A

12/3/2019                                    Case: 19-CC-056234



# Case Information

| |
| --- |
| Case Number: 19-CC-056234 |
| Uniform Case Number: 292019SC056234A001HC |
| Daniel, Carol vs Speedy Servicing Inc,Luxenberg, Michael,Concord Advice LLC,Clarity Services Inc |

Icon Keys    Summary    Parties    Events\Documents    Hearings    Financial

File Location    Related Cases

Filter Events Dates:

| From |
| --- |
| |

| To |
| --- |
| |

Filter

Show 25 entries    Column visibility    Excel    CSV                    Search:

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image |
| --- | --- | --- | --- | --- | --- |
| ⬇ | 13 | 11/26/2019 | AFFIDAVIT OF SERVICE RETURNED SERVED | SPEEDY SERVICING INC 11/4/19 | 👤 |
| ⬇ | 14 | 11/26/2019 | AFFIDAVIT OF SERVICE RETURNED SERVED | MICHAEL LUXENBERG 11/21/19 | 👤 |
| | 12 | 11/05/2019 | AFFIDAVIT OF SERVICE RETURNED SERVED | CONCORD ADVICE LLC C/O COGENCY GLOBAL INC, 11/4/19, CORPORATE | |
| ⬇ | 8 | 10/30/2019 | E-FILED PRE TRIAL SUMMONS ISSUED AND SET | | |
| ⬇ | 9 | 10/30/2019 | E-FILED PRE TRIAL SUMMONS ISSUED AND SET | | |
| ⬇ | 10 | 10/30/2019 | E-FILED PRE TRIAL SUMMONS ISSUED AND SET | | |

12/3/2019

Case: 19-CC-056234

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image |
|--------|----------------|---------------------|------------------|---------|-------|
| ⬇ | 11 | 10/30/2019 | E-FILED PRE TRIAL SUMMONS ISSUED AND SET | | |
| | 1 | 10/25/2019 | File Home Location - Electronic | | |
| ⬇ | 2 | 10/25/2019 | STATEMENT OF CLAIM | | |
| ⬇ | 3 | 10/25/2019 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) | | |
| ⬇ | 4 | 10/25/2019 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED | | |
| ⬇ | 5 | 10/25/2019 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED | | |
| ⬇ | 6 | 10/25/2019 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED | | |
| ⬇ | 7 | 10/25/2019 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED | | |

Showing 1 to 14 of 14 entries

Previous   1   Next

✗ Exit Case Details

© 2019 - Hillsborough County Clerk of the Circuit Court

.Filing # 97866603 E-Filed 10/25/2019 10:21:02 AM

### IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
### SMALL CLAIMS DIVISION

**Carol Daniel,**

    *Plaintiff,*

    v.

**Speedy Servicing, Inc.,**
**Concord Advice, LLC,**
**Michael Luxenberg,** *and*
**Clarity Services, Inc.,**

    *Defendants.*

Case Number:

Ad Damnum:  **$2,000 + Atty Fees & Costs**

**JURY TRIAL DEMANDED**

### COMPLAINT & JURY TRIAL DEMAND

COMES NOW the Plaintiff, **Carol Daniel ("Ms. Daniel")**, by and through her attorneys, Seraph Legal, P.A., and complains of the Defendants, **Speedy Servicing, Inc. ("Speedy")**, doing business as **"Rapital Capital," Concord Advice, LLC ("Concord")**, **Michael Luxenberg ("Luxenberg")** and **Clarity Services, Inc. ("Clarity")** (together, **"Defendants"**), stating as follows:

### PRELIMINARY STATEMENT

1.    This is an action brought by Ms. Daniel against the Defendants for violations of the *Fair Credit Reporting Act*, 15 U.S.C. § 1681, *et. seq.* (**"FCRA"**).

### JURISDICTION AND VENUE

2.    Jurisdiction arises under the FCRA, 15 U.S.C. § 1681p, and Section 34.01, Florida Statutes.

3.    The Defendants are subject to the provisions of the FCRA and are subject to the jurisdiction of this Court pursuant to Section 48.193, Florida Statutes.

4.     Venue is proper in Hillsborough County, Florida, pursuant to Section 47.051, Florida Statutes, because the acts complained of were committed and / or caused by the Defendants within Hillsborough County.

## PARTIES

5.     **Ms. Daniel** is a natural person residing in the City of Tampa, Hillsborough County, Florida, and a *Consumer* as defined by the FCRA, 15 U.S.C. § 1681a(c).

### Luxenberg

6.     **Luxenberg** is the owner / director and manager of many different online payday lending companies and businesses related to the facilitation of online payday lenders.

7.     Luxenberg is a graduate of the Wharton School at the University of Pennsylvania and holds a Master of Business Administration degree.

8.     Luxenberg created a network of websites related to the payday loan industry, called the *Speedy Loan Network*, ("SLN"), one of which operates under the name *Rapital Capital*.

9.     The SLN consists of numerous payday loan companies, including *Dash of Cash*, *Money Messiah*, *Uncle Warbucks*, and others.

10.     On information and belief, Luxenberg resides at **17 Crestwood Dr., West Orange Township, NJ 07052.**

11.     On information and belief, Luxenberg may be served at Speedy's offices, located at **85 Eagle Rock Ave., East Hanover, NJ 07936.**

### Speedy Servicing, Inc.

12.     **Speedy** is a corporation formed in the British Virgin Islands that engages in online lending through multiple websites, including www.rapitalcapital.com.

13.     Speedy claims that its principal place of business is located at Sea Meadow House, Blackburne Highway, Road Town, Tortola, BVI.  This address is a forwarding address used by numerous businesses seeking to maintain the façade of operating in the British Virgin Islands. *See* https://offshoreleaks.icij.org/nodes/239610.

14.     On information and belief, the only actual business conducted at Sea Meadow House is that of a company named "Corporate Registrations Limited," a company offering the establishment of offshore entities to those seeking a tax haven and asset protection services for their financial investments.

15.     Speedy, in the ordinary course of its business as a lender, requests and obtains consumer credit reports from various *Consumer Credit Reporting Agencies* ("CRAs"), including **Clarity**, which specialize in servicing the needs of the short-term, small-dollar loan industry.

16.     To obtain these reports, Speedy certifies to Clarity that its actual address is domestic – to wit, **85 Eagle Rock Ave., East Hanover, NJ 07936.**

## Concord Advice, LLC

17.     **Concord** is a Delaware corporation that claims to have a primary business address of **85 Eagle Rock Ave., East Hanover, NJ 07936.**

18.     Concord purports to be a data analytics company and provides technical "back-end" operations for the SLN companies.

19.     These "back-end" services, as described by Luxenberg, involve "underwriting, customer acquisition, customer verification, customer service and payment services." **SEE PLAINTIFF'S EXHIBIT A.**

20.     Concord's principal place of business is at the same address provided by Speedy in its requests for consumer reports from Clarity – 85 Eagle Rock Ave., East Hanover, NJ 07936.

21.     Indeed, Speedy and Concord appear to be alter-egos of one another and are both controlled by Luxenberg.

22.     Concord's Delaware registered agent is **Cogency Global, Inc., 850 NE Burton Rd., Suite 201, Dover, DE 19904.**

## Clarity Services, Inc.

23.     **Clarity** is a Delaware corporation with a primary business address of **15550 Lightwave Drive, Suite 350, Clearwater, FL 33760.**

24.     Clarity is registered to conduct business in the State of Florida, where its Registered Agent is **CT Corporation System, 1200 South Pine Island Rd., Plantation, FL 33324.**

25.     Clarity is a *CRA* within the meaning of 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically including mail and telephone communications.

## FACTUAL ALLEGATIONS

26.     Luxenberg's primary business activities relate to online "payday" lending.

27.     Payday loans are short term and generally involve exorbitant interest rates, often in excess of 400%.

28.     Black's Law Dictionary defines loansharking as: "The practice of lending money at excessive and especially usurious rates, and often using threats or extortion to enforce payment." **Emphasis added.**

Page 4 of 20

29.     The prohibition against high-interest monetary loans dates back to biblical times, and many states, including Florida, have enacted usury laws which prohibit them. These laws render such loans void and unenforceable as against public policy.

30.     Indeed, Section 687.071, Florida Statutes, renders loans made with annual interest rates greater than 45% a felony.

31.     Section 687.071(7), Florida Statutes, also states: "No extension of credit made in violation of any of the provisions of this section shall be an enforceable debt in the courts of this state."

32.     Any person who willfully makes such a loan, in addition to criminal sanctions, forfeits the right to collect payment for the loan, as such loans are "void as against the public policy of the state as established by its Legislature." *Richter Jewelry Co. v. Schweinert*, 169 So. 750, 758-59 (Fla. 1935).

33.     Florida's usury statutes, like those of other states, are designed to "protect against the oppression of debtors through excessive rates of interest charged by lenders." *Sheehy v. Franchise Tax Bd.*, 84 Cal.App.4th 280, 283, 100 Cal. Rptr. 2d 760 (2000).

34.     Luxenberg's payday loans are thus illegal in the State of Florida.

35.     Because his loans are illegal, Luxenberg has gone to great lengths to conceal his activities, utilizing a maze of holding companies and offshore entities to cover his tracks.

36.     For example, the published address for all of Luxenberg's SLN websites, including Rapital Capital, is P.O. Box 1329, Kahnawake, Quebec J0L 1B0 CANADA. **SEE PLAINTIFF'S EXHIBIT B.** This address is for a post office box in the territory of the Mohawk Council of Kahnawake, lacking any physical office space, employees, or agents.

37.     On information and belief, none of SLN's material business transactions occur in Quebec.

38.     Indeed, payment processing, customer service, collections, and other operations are performed in various locations in the United States, including Overland Park, Kansas.

39.     Luxenberg further attempts to insulate himself and his companies from liability through the use of anti-consumer arbitration agreements with choice-of-law provisions requiring that claims be arbitrated under the laws of the State of Delaware.

40.     Delaware, long known as a corporate-friendly state, has no *per se* prohibition against usury and/or loansharking.

41.     One strategy frequently employed by loan sharks and online payday lenders to avoid state usury laws is referred to as a "Rent-A-Tribe" scheme.

42.     In such scheme, an illegal payday lender pays a Native American tribe a small fraction of its profits in exchange for the right to invoke tribal law and claim protection from state law under tribal sovereign immunity by claiming that the tribe is issuing the loan.

43.     These so-called "tribal lenders" often do not survive scrutiny when examined closely, as the operations of the lender are conducted off tribal land, by non-tribal members, and predominately benefit non-tribal members to such a degree that tribal involvement is effectively nil.

44.     Concord services many of these online "tribal" payday lenders, including LDF Funding ("**LDF**"), a company purportedly owned by the Lac du Flambeau Band of Lake Superior Chippewa Indians (the "**Tribe**").

45.     In addition to the work performed by Concord, a non-tribal entity, funding for the loans made by the Tribe comes from, and is managed by, non-tribal entities, such as AD Capital,

a Texas corporation with a primary office in Savannah, Georgia, hundreds of miles from the Tribe's reservation.

46.     Unsurprisingly, Luxenberg is politically active, making substantial contributions to members of Congress who advocate for the online payday loan industry.

### Speedy and Luxenberg Knowingly Obtained a Credit Report without Permissible Purpose

47.     On September 1, 2017, Speedy requested a *Credit Bureau Report* ("CBR") from Clarity regarding Ms. Daniel.

48.     Ms. Daniel first became aware of this fact when reviewing her Experian consumer disclosure in 2018, which contained this information.

49.     Pursuant to the FCRA, 15 U.S.C. § 1681b(f), any person requesting a CBR must have a "permissible purpose" for obtaining it.

50.     Speedy stated that it made its request in connection with a "line of credit."

51.     Speedy stated that the name of the requesting entity was "RAPITAL CAPITAL." **SEE PLAINTIFF'S EXHIBIT C.**

52.     Speedy's request was at the direction of Luxenberg and pursuant to policies put in place by Luxenberg.

53.     Clarity, in turn, requested and obtained a copy of Ms. Daniel's Experian consumer credit report. *Id.*

54.     Experian recorded Clarity's request for Ms. Daniel's CBR as a "hard" inquiry, *i.e.*, an inquiry which becomes part of the consumer's credit report and which is factored into the consumer's credit score.

Page 7 of 20

55.     Ms. Daniel did not apply for any loan from Rapital Capital nor did she consent to a credit report being obtained regarding her by Speedy or any of its related entities.

56.     Assuming *arguendo* that Ms. Daniel had applied for a loan with Rapital Capital, such loan would be *void ab initio* pursuant to Florida Law.

57.     Rapital Capital is not a licensed "deferred presentment provider," *i.e.*, payday lender, in Florida and cannot legally lend money at the rates charged – 550% to 750% annual interest – since these rates exceed Florida's maximum legal interest rates.

58.     Indeed, Rapital Capital is not a licensed entity, but merely a name under which Speedy conducts business.

59.     Because Speedy could not issue a legal loan to Ms. Daniel, and because she had not requested any loan from Speedy or Rapital Capital, Speedy lacked the legal authority to obtain Ms. Daniel's CBR.

60.     Speedy and Luxenberg knew, or should have known, that no permissible purpose existed to obtain a CBR on Ms. Daniel, as they knew the interest rates charged.

61.     Moreover, it is likely that Luxenberg, a Wharton MBA who purports to have more than a decade of experience in the online payday lending industry, knew of Florida's prohibitions against his company's loans.

### Clarity's Failure to Verify the Identity of Rapital Capital

62.     Clarity's reports typically include phone numbers, employment information, credit card balances and account numbers, mortgage or rental history, and other highly personal, sensitive information.

63.     Pursuant to the FCRA, 15 U.S.C. § 1681e(a), a CRA is required to make a reasonable effort to verify the identity of a new prospective user and verify that such user has a *legitimate* business need for the information.

64.     A reasonable effort is "what a reasonably prudent person would do under the circumstances." *Stewart v. Credit Bureau, Inc.*, 734 F.2d 47, 51 (D.C. Cir. 1984)

65.     Clarity failed to make any reasonable effort to verify the identity of the company calling itself Rapital Capital, and indeed, *could not have* verified the identity of Rapital Capital since no entity with this name actually exists.

66.     Had Clarity investigated Rapital Capital, it would have learned that all addresses associated with Rapital Capital are simply mail forwarding addresses, and that the address provided by Rapital Capital was a post office box.

67.     Had Clarity made a reasonable attempt to verify the identity of Rapital Capital, Clarity would have realized that no business entity with this name was registered with any regulatory agency in Quebec, Canada.

68.     Likewise, had Clarity made a reasonable attempt to verify the identity of Rapital Capital, it would have seen that its "parent" company, SLN, claims to be based in the BVI, an address which actually belongs to another company that provides offshore corporation formation and mail forwarding services.

69.     Rapital Capital lists a mailing address of 40 E. Main Street, Suite 508R, Newark, Delaware 19711. **SEE PLAINTIFF'S EXHIBIT B.**  This address is a UPS Store which rents private mailboxes to anyone with a photo ID and a form of payment.

70.     Rapital Capital states its "credit card processing division" is in the care of Praeconium Eood, Str. St. Romil Vidinski, No. 100, Third Floor, Vidin, Bulgaria, 3700. *Id.*

71.    "Eood" is the Roman transliteration of the Cyrillic ЕООД, which in Bulgarian is an acronym for Limited Liability Company.

72.    "Praeconium" is a Latin word meaning "office of the public crier."

73.    No business with this name is registered with the Bulgarian authorities, when searched in either Roman or Cyrillic, nor does the name give any clue as to what it may actually do.

74.    Further, the Bulgarian address listed on Rapital Capital's website appears to be a dilapidated single-story house. **SEE PLAINTIFF'S EXHIBIT D.**

75.    In sum, even though Clarity had an obligation under the FCRA to reasonably verify the identity of the user of its reports, Clarity flagrantly abrogated its legal duty by failing to verify the identity of an online loan shark with fake addresses spread across the globe.

76.    Instead of verifying the purchasers of its reports, upon information and belief, Clarity requested only basic information, which Speedy and Luxenberg self-reported, and which Clarity made little or no attempt to verify.

77.    Since Clarity could not have made an objectively reasonable verification of Rapital Capital, it thus could not have made any reasonable verification that Rapital Capital would use any reports sold to it for no other purposes than the ones stated in its requests.

78.    It would be inherently unreasonable to trust that an entity which lies about its name, address, and other important details would keep its word and only use a credit report for a specific permissible purpose.

79.    Because Speedy and Luxenberg provided false information to Clarity, who then provided this information to Experian, when Experian provided a consumer disclosure to Ms. Daniel, pursuant to 15 U.S.C. § 1681g(a), she was deprived of knowing who actually obtained her

private and highly sensitive information, such as account numbers, payment histories, address and employment history, and more.

80.     The withholding of information to which a person is legally entitled constitutes a concrete and particularized harm to Ms. Daniel. *See Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016).

81.     As of the date of this filing, Clarity continues to provide consumer credit reports to Rapital Capital, Dash of Cash, Money Messiah, Uncle Warbucks, and other SLN affiliates.

82.     Ms. Daniel has hired the aforementioned law firm to represent her in this matter, and has assigned her right to fees and costs to such firm.

## COUNT I
## <u>VIOLATIONS OF THE FCRA – *Speedy, Concord, and Luxenberg only*</u>

83.     Ms. Daniel incorporates Paragraphs 1 – 82 as if fully restated herein.

84.     Speedy, Concord and Luxenberg violated **15 U.S.C. § 1681b(f)** when they knowingly obtained a CBR from Clarity without a permissible purpose by requesting and obtaining a CBR from Clarity in connection with a "credit transaction" with Rapital Capital when Ms. Daniel had no account or loan with Rapital Capital, and Ms. Daniel never applied for or obtained any credit from Rapital Capital or any entity related to Speedy, Concord or Luxenberg.

85.     Assuming *arguendo* that Ms. Daniel had applied for a loan, such loan would have been *void ab initio* due to Florida's usury laws.

86.     Speedy, Concord and Luxenberg knew or should have known that they could not legally lend money to Ms. Daniel at 550% APR or higher, or indeed any other interest rate, since they were not a licensed lender in the State of Florida.

87.     Concord is an alter-ego of Speedy, lacking any distinct business activities and similarly run by and solely for the benefit of Luxenberg.

88.     Concord, Speedy and Luxenberg are thus jointly and severally liable for the above-stated violations.

89.     As a result of their conduct, the Defendants are liable to Ms. Daniel pursuant to the FCRA for statutory damages of up to $1,000 for *each occurrence*, and other relief.

**WHEREFORE,** Ms. Daniel respectfully requests that this Honorable Court enter judgment against Speedy, Concord and Luxenberg, jointly and severally, for:

a.     The greater of statutory damages of **$1,000.00** per incident pursuant to 15 U.S.C. § 1681n(a)(1)(A) or Ms. Daniel's actual damages for economic and non-economic injuries pursuant to 15 U.S.C. § 1681n(a)(1)(A) or 15 U.S.C. § 1681o(a)(1);

b.     Punitive damages for intentional violation of the Act, pursuant to 15 U.S.C. § 1681n(a)(1)(A) or 15 U.S.C. § 1681o(a)(1);

c.     Reasonable costs and attorneys' fees pursuant to 15 U.S.C. §1681n(a)(3) and/or 15 U.S.C. §1681o(a)(2); and,

d.     Such other relief that this Court deems just and proper.

### COUNT II
### VIOLATIONS OF THE FCRA – *Clarity only*

90.     Ms. Daniel incorporates paragraphs 1 – 82 as if fully restated herein.

91.     Clarity violated **15 U.S.C. §1681e(a)** when it failed to "make a reasonable effort to verify the identity of a new prospective user and the uses certified by such prospective user prior to furnishing such user a consumer report" by accepting, without challenge or independent verification, that: (a) Rapital Capital is an actual entity, when it is not, and its address is a post office box in Quebec; (b) its purported mailing address is a UPS store in Delaware; (c) its "parent" company is in the BVI even though its stated address is really a mail forwarding operation; and, (d)  its credit card processing division is in the care of a non-existent company in a small town in Bulgaria, supposedly on the third floor, although recent photographs of the address show it is a single-story house in a condition rendering it unfit for human occupation.

92.     Clarity violated **15 U.S.C. § 1681b(a)** when it provided reports to Speedy, Concord and Luxenberg while having no reason to believe that Speedy, Concord and/or Luxenberg had a legitimate business need for the report or intended to use it in connection with any review of an account related to Ms. Daniel, or to make any firm offer of credit or insurance; and no objective, reasonable basis exists to conclude that an entity which intentionally falsifies nearly every aspect of its existence, from its true name to its true address, would only use the report provided by Clarity for the purposes certified and no other.

93.     Clarity's conduct was willful and intentional, or alternately, was done with a reckless disregard for its duties under the FCRA.

94.     As a result of its conduct, Clarity is liable to Ms. Daniel pursuant to the FCRA for statutory damages of up to $1,000 for *each occurrence*, and other relief.

**WHEREFORE,** Ms. Daniel respectfully requests that this Honorable Court enter judgment against Clarity for:

a.  The greater of statutory damages of **$1,000.00** per incident pursuant to 15 U.S.C. § 1681n(a)(1)(A) or Ms. Daniel's actual damages for economic and non-economic injuries pursuant to 15 U.S.C. § 1681n(a)(1)(A) or 15 U.S.C. §1681o(a)(1);

b.  Reasonable costs and attorneys' fees pursuant to 15 U.S.C. §1681n(a)(3) and/or 15 U.S.C. §1681o(a)(2); and,

c.  Such other relief that this Court deems just and proper

## DEMAND FOR JURY TRIAL

Ms. Daniel hereby demands a jury trial on all issues so triable.

Respectfully submitted on October 25, 2019, by:

Seraph Legal, P.A.
/s/ Brandon D. Morgan
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
/s/ Thomas M. Bonan
Thomas M. Bonan, Esq.
Florida Bar Number: 118103
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
Tel: 813-567-3434
Fax: 855-500-0705
*Attorneys for Plaintiff*

ATTACHED EXHIBIT LIST

A      Wharton Graduate Class of 1991 Newsletter, Excerpt
B      Rapital Capital's published contact information
C      Plaintiff's Experian Consumer Disclosure, September 9, 2019, Excerpt
D      Google Street View Image of Address Purported to be Praeconium Eood

# EXHIBIT A
## Wharton Graduate Class of 1991 Newsletter, Excerpt

8/17/2019 April 30, 2016 - Wharton MBA Class of 1991

 (http://wg91.com/)

Be sure to also check out our
WG'91 Facebook group  (https://www.facebook.com/groups/38041685549/)

# APRIL 30, 2016

**Steven Pinsky**. First, I am seriously bummed that I will not be able to attend the reunion and I look forward to catching up with you all in the near future. 2015 was a fun and crazy year. We merged Quaker Pet Group with Worldwise and I completed an interim CFO position with a foreign owned construction and hospitality company. I was also fortunate to have officially launched my party game, Idiom Savant. I am now supporting private equity funds and private investors as an M&A and profit improvement consultant under the Sutton Advisory Group banner. Give me a shout out at spinsky@suttonadvisorygroup.com.

**Michael Luxenberg**: My wife Bobbi and I live in West Orange, NJ, along with our 4 daughters (2 of which are engaged to be married in May and June). For the past 10+ years I have been working in private credit, providing underwriting, customer acquisition, customer verification, customer service and payment services. I also sit on other for-profit and non-profit boards.

wg91.com/april-30-2016/                                                                                        1/1

**EXHIBIT B**
**Rapital Capital's published contact information**



Powered by the *SpeedyLoan* network

(855) 877-3405



Do you have questions about Rapital Capital or our services? Please _click here_ to find answers to some commonly asked questions.

Contact Information

Send Payments to

Phone: (855) 877-3405

E-mail: customerservice@rapitalcapital.com



| Home | Apply Now | FAQs | Contact Us | Privacy Policy | Terms & Conditions |

# EXHIBIT C
# Plaintiff's Experian Consumer Disclosure, dated September 9, 2019, Excerpt

Experian - Access your credit report                                     Page 1 of 23

## Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access. To submit to your reports (to future any on-line) and asked "Credit Access" or "Disputes" and then take the steps.

To dispute information, first select the item from the list below, click the Dispute button and then the dispute reason that most closely explains the reason you feel the item is inaccurate or is new "Other" and type in your own explanation. You can also make any additional information to further explain your dispute by using the free form text box or by send us any document to you may have that support your claim at experian.com/upload. Your requests, including both disputes and any statements you may wish to add to your credit report to explain a formation, will be stored in a virtual cart as you continue your session. When finished initiating your disputes or other requests, you are need to access the dispute cart where you will be given an opportunity to review all of your requests before they are submitted. Depending on the nature of your requests, you may be prompted to offer information or facts, such as needed for a different dispute reason for a particular dispute. You may cancel or edit your requests at any time as until the time they are submitted. Once your requests are successfully submitted you will receive a your confirmation message for each item.

**1 855 246 9409**
Contact us by phone - Monday through
Friday, 8 a.m. to 10 p.m. Central Time
and Saturday and Sunday, 10 a.m. to 7
p.m. Central Time

**Address**
Experian
P.O. Box 9701 Allen, Tx 75013

Any pending disputes will be highlighted below

### Personal information

Name(s) associated with your credit

| Name | Name identification number |
|------|------|
| CAROL DANIEL | 25290 |
| CAROL L DANIEL | 26408 |
| CAROL LYNETTE DANIEL | 16372 |
| CAROL DANIELS | 31375 |
| CAROLYN LYNETTE DANIEL | 29316 |
| CAROLF DANIELS | 26653 |
| CARLA DANIELS | 11057 |
| CAROL GROVES | 16089 |
| CAROLYN DANIELS | 2684 |



https://www.experian.com/ncaconline/dispute?intemp=dispute_app_startNew                    9/9/2019

### EXHIBIT C
## Plaintiff's Experian Consumer Disclosure, dated September 9, 2019, Excerpt

Experian - Access your credit report



Account name
CLARITY SERVICES INC

PO BOX 5717
CLEARWATER  FL 33758
866 390 3118
Address Identification number
0870311754

Date of request
09/01/2017

Comments
Line of credit on behalf of RAPITAL CAPITAL (1661). This inquiry is scheduled to continue on record until Oct 2019

https://www.experian.com/ncaconline/dispute?intemp=dispute_app_startNew

9/9/2019

**EXHIBIT D**
**Google Street View Image of Address Purported to be**
**Praeconium Eood**



# IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

CASE NO. **19-CC-056234 Division M**

**CAROL DANIEL**
                    Plaintiff

vs

**CLARITY SERVICES INC; CONCORD ADVICE LLC; MICHAEL LUXENBERG; SPEEDY
SERVICING INC**
                    Defendant(s)


## NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be
Served)   **CLARITY SERVICES INC, C/O CORPORATION SYSTEM  1200 SOUTH PINE ISLAND ROAD
PLANTATION FL  33324,**
**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the <u>Edgecomb Courtroom 305</u>
located at 800 E. Twiggs Street, Tampa, Florida 33602 on the **20th day of February, 2020** at **10:00 AM** for a PRETRIAL
CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS; YOU ARE RESPONSIBLE FOR
PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER
SU PROPIO INTERPRETE O TRADUCTOR.**

---

> **If you are a person with a disability who needs any accommodation in order to
> participate in this proceeding, you are entitled, at no cost to you, to the provision of
> certain assistance.  Please contact the ADA Coordinator, Hillsborough County
> Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at
> least 7 days before your scheduled court appearance, or immediately upon receiving
> this notification if the time before the scheduled appearance is less than 7 days; if you
> are hearing or voice impaired, call 711.**

---

<u>*IMPORTANT – READ CAREFULLY*</u>
*THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME.*
*DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.*

<u>**WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION.  FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**</u>

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference/Mediation.**

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

<u>**Mediation**</u>
Mediation may take place during the time scheduled for the pretrial conference.  Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be.  It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties.  Negotiations in county court mediation are primarily conducted by the parties.  counsel for each party may participate.  However, presence of the counsel is not required.  If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial.  Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]     where the contract was entered into.
[2]     if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]     if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]     where the event giving rise to the suit occurred.
[5]     where any one or more defendant(s) sued reside.
[6]     any location agreed to in a contract.
[7]     in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED ON  October 30, 2019

                    **PAT FRANK**
                    As Clerk of the Court


                    Dana Caranante, Deputy Clerk
                    Prepared By:Noemi Cohn, Deputy Clerk
                    (813) 276-8100

# IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

CASE NO. **19-CC-056234 Division M**

**CAROL DANIEL**
                    Plaintiff

vs

**CLARITY SERVICES INC; CONCORD ADVICE LLC; MICHAEL LUXENBERG; SPEEDY
SERVICING INC**
                    Defendant(s)

## NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be
Served)  **CONCORD ADVICE LLC C/O COGENCY GLOBAL INC , 850 NE BURTON RD   SUITE 201
DOVER DE  19904,**
**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the <u>Edgecomb Courtroom 305</u>
located at 800 E. Twiggs Street, Tampa, Florida 33602 on the **20th day of February, 2020** at  **10:00 AM** for a PRETRIAL
CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS; YOU ARE RESPONSIBLE FOR
PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER
SU PROPIO INTERPRETE O TRADUCTOR.**

> **If you are a person with a disability who needs any accommodation in order to
> participate in this proceeding, you are entitled, at no cost to you, to the provision of
> certain assistance.  Please contact the ADA Coordinator, Hillsborough County
> Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at
> least 7 days before your scheduled court appearance, or immediately upon receiving
> this notification if the time before the scheduled appearance is less than 7 days; if you
> are hearing or voice impaired, call 711.**

### *IMPORTANT – READ CAREFULLY*

**THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME.**
**DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.**

**WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION.  FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference/Mediation.**

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

### Mediation

Mediation may take place during the time scheduled for the pretrial conference.  Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be.  It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties.  Negotiations in county court mediation are primarily conducted by the parties.  counsel for each party may participate.  However, presence of the counsel is not required.  If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial.  Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]     where the contract was entered into.
[2]     if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]     if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]     where the event giving rise to the suit occurred.
[5]     where any one or more defendant(s) sued reside.
[6]     any location agreed to in a contract.
[7]     in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED ON  October 30, 2019

**PAT FRANK**
As Clerk of the Court

Dana Caranante, Deputy Clerk
Prepared By:Noemi Cohn, Deputy Clerk
(813) 276-8100

**IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIVIL DIVISION**

CASE NO. <u>**19-CC-056234 Division M**</u>

<u>**CAROL DANIEL**</u>

               Plaintiff

vs

<u>**CLARITY SERVICES INC; CONCORD ADVICE LLC; MICHAEL LUXENBERG; SPEEDY**</u>
<u>**SERVICING INC**</u>

           Defendant(s)

**NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be
Served)  <u>**MICHAEL LUXENBERG, 85 EAGLE ROCK AVE  EAST HANOVER NJ  07936,**</u>
**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the <u>Edgecomb Courtroom 305</u>
located at 800 E. Twiggs Street, Tampa, Florida 33602 on the <u>**20th day of February, 2020**</u> at  <u>**10:00 AM**</u> for a PRETRIAL
CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS; YOU ARE RESPONSIBLE FOR**
**PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER**
**SU PROPIO INTERPRETE O TRADUCTOR.**

> **If you are a person with a disability who needs any accommodation in order to**
> **participate in this proceeding, you are entitled, at no cost to you, to the provision of**
> **certain assistance.  Please contact the ADA Coordinator, Hillsborough County**
> **Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at**
> **least 7 days before your scheduled court appearance, or immediately upon receiving**
> **this notification if the time before the scheduled appearance is less than 7 days; if you**
> **are hearing or voice impaired, call 711.**

### _IMPORTANT – READ CAREFULLY_
_THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME._
_DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY._

**WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference/Mediation.**

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

### Mediation
Mediation may take place during the time scheduled for the pretrial conference. Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be. It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties. Negotiations in county court mediation are primarily conducted by the parties. counsel for each party may participate. However, presence of the counsel is not required. If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial. Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]     where the contract was entered into.
[2]     if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]     if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]     where the event giving rise to the suit occurred.
[5]     where any one or more defendant(s) sued reside.
[6]     any location agreed to in a contract.
[7]     in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED ON  October 30, 2019

                    **PAT FRANK**
                    As Clerk of the Court


                    _Dana Caranante_

                    Dana Caranante, Deputy Clerk
                    Prepared By:Noemi Cohn, Deputy Clerk
                    (813) 276-8100

**IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIVIL DIVISION**

CASE NO. **19-CC-056234 Division M**

**CAROL DANIEL**

               Plaintiff

vs

**CLARITY SERVICES INC; CONCORD ADVICE LLC; MICHAEL LUXENBERG; SPEEDY SERVICING INC**

               Defendant(s)

### NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be Served)  **SPEEDY SERVICING INC, 85 EAGLE ROCK AVE  EAST HANOVER NJ  07936,**
**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the <u>Edgecomb Courtroom 305</u> located at 800 E. Twiggs Street, Tampa, Florida 33602 on the **20th day of February, 2020** at **10:00 AM** for a PRETRIAL CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS; YOU ARE RESPONSIBLE FOR PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER SU PROPIO INTERPRETE O TRADUCTOR.**

> **If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

<u>*IMPORTANT – READ CAREFULLY*</u>
*THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME.*
*DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.*

<u>**WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION.  FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**</u>

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference/Mediation.**

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

<u>Mediation</u>
Mediation may take place during the time scheduled for the pretrial conference.  Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be.  It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties.  Negotiations in county court mediation are primarily conducted by the parties.  counsel for each party may participate.  However, presence of the counsel is not required.  If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial.  Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]     where the contract was entered into.
[2]     if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]     if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]     where the event giving rise to the suit occurred.
[5]     where any one or more defendant(s) sued reside.
[6]     any location agreed to in a contract.
[7]     in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED ON  October 30, 2019

**PAT FRANK**
As Clerk of the Court

Dana Caranante, Deputy Clerk
Prepared By:Noemi Cohn, Deputy Clerk
(813) 276-8100

Filing # 98392560 E-Filed 11/05/2019 12:48:04 PM

### AFFIDAVIT OF SERVICE

| Case:<br>19-CC-056234<br>Division M | Court:<br>IN THE COUNTY COURT IN AND FOR<br>HILLSBOROUGH COUNTY, FLORIDA CIVIL<br>DIVISION | County:<br>HILLSBOROUGH | Job:<br>3948823 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>CAROL DANIEL | | Defendant / Respondent:<br>CLARITY SERVICES INC; CONCORD ADVICE LLC; MICHAEL<br>LUXENBERG; SPEEDY SERVICING INC | |
| Received by:<br>HR Office Solutions Inc | | For:<br>Seraph Legal, P.A. | |
| To be served upon:<br>CONCORD ADVICE LLC C/O COGENCY GLOBAL INC, 850 NEW BURTON RD SUITE 201, DOVER, DE 19904. | | | |

I, Faith Mejia, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   CONCORD ADVICE LLC C/O COGENCY GLOBAL INC,
850 NEW BURTON RD SUITE 201, DOVER, DE 19904.

Manner of Service:   Corporate given to Jolita Quindara as Administrative Assistant On 11/4/2019 at 1:49 pm

Documents:   COMPLAINT & JURY TRIAL DEMAND, NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

Additional Comments:
Ms. Quindara is a 32 year old Caucasian female, who has black hair. She weighs 190lbs. and she is 5ft 6 inches tall.

_____   11/4/2019
Faith Mejia                          Date

HR Office Solutions Inc

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public
11-4-19        07-09-2020
Date              Commission Expires

DEIDRA SMITH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 07/09/2020